IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:26-CV-15-FL-RJ

BENJAMIN HARRISON INGLE, IV, )
)
Plaintiff, )
)
v. )
)                                    ORDER
EXPERIAN INFORMATION )
SOLUTIONS, INC. and NORTH )
CAROLINA DEPARTMENT OF )
HEALTH AND HUMAN SERVICES, )
)
Defendant. )

This matter is before the court for review of plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Robert B. Jones, Jr. entered memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiff's complaint be dismissed for failure to state a claim for relief. (DE 7). Plaintiff did not file objections to the M&R, and the time within which to do so has expired.[1] In this posture, the issues raised are ripe for ruling.

Upon a careful review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings and conclusions only for clear error, and need not give any explanation for adopting the M&R.

---

[1] Several months after the deadline expired, plaintiff filed a document captioned "motion to vacate magistrate judge proceedings and demand assignment to an Article III district judge." (DE 8). But this document did not include substantive objections to the M&R. To the extent plaintiff in this motion contests the magistrate judge's authority to enter the M&R, the court was not required to seek or obtain plaintiff's consent for such referral in the circumstances presented here. See 28 U.S.C. § 636(b)(1)(B).

Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983).

The magistrate judge recommends dismissal of plaintiff claims for failure to state a claim on which relief may be granted. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error. The court hereby ADOPTS the recommendation of the magistrate judge as its own. This action is hereby DISMISSED without prejudice, and plaintiff's motion to vacate referral to magistrate judge (DE 8) is DENIED.

SO ORDERED, this the 17th day of July, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge

2